IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO: 1:10-CV-152

STEVEN BODENSTEIN,

    Plaintiff,

v.

BEST OPERATIONS, INC.,
 d/b/a MCDONALD's,

    Defendant.

**JUDGMENT**

For the reasons stated in the Order entered simultaneously herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Settlement Agreement jointly submitted by the parties hereto [Doc. 11-1] is **APPROVED.** All other claims presented in this action are hereby **DISMISSED** as moot.

Signed: November 11, 2010

Martin Reidinger
United States District Judge